1  BENJAMIN B. WAGNER
United States Attorney
2  HEATHER MARDEL JONES
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:12-CV-00298-AWI-SMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| REAL PROPERTY LOCATED AT 3418 S. MARKS AVENUE, FRESNO, FRESNO COUNTY CALIFORNIA, APN:328-111-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | (Doc. 3) |
| Defendant. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.  The defendant real property is located in the city of Fresno in Fresno County, California;

  4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

      (1) The Court and case number of the action;

      (2) The date of posting of the real property;

      (3) The identity and/or description of the real property posted;

      (4) The name and address of the attorney for the Plaintiff;

      (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

      (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: February 28, 2012    BENJAMIN B. WAGNER
           United States Attorney

           /s/ Heather Mardel Jones
           HEATHER MARDEL JONES
           Assistant United States Attorney

IT IS SO ORDERED.

**Dated: March 7, 2012**     /s/ Sandra M. Snyder
           UNITED STATES MAGISTRATE JUDGE