BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 3418 S. MARKS AVENUE, FRESNO, FRESNO COUNTY CALIFORNIA, APN:328-111-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>  Defendant. | 1:12-CV-00298-AWI-SMS<br><br>**APPLICATION AND ORDER FOR PUBLICATION**<br>(Doc. 3) |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.  The defendant real property is located in the city of Fresno in Fresno County, California;

1    4.    Plaintiff proposes that publication be made as follows:

2          a.    One publication;

3          b.    Thirty (30) consecutive days;

4          c.    On the official internet government forfeiture site
5    www.forfeiture.gov;

6          d.    The publication is to include the following:

7                (1)    The Court and case number of the action;

8                (2)    The date of posting of the real property;

9                (3)    The identity and/or description of the real property posted;

10               (4)    The name and address of the attorney for the Plaintiff;

11               (5)    A statement that claims of persons entitled to possession
12   or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
13   Court and served on the attorney for the Plaintiff no later than 60 days after the
14   first day of publication on the official internet government forfeiture site; and

15               (6)    A statement that answers to the Complaint or a motion
16   under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be
17   filed and served within 21 days after the filing of the claims and, in the absence
18   thereof, default may be entered and condemnation ordered.

Dated: February 28, 2012              BENJAMIN B. WAGNER
                                      United States Attorney


                                       /s/ Heather Mardel Jones
                                      HEATHER MARDEL JONES
                                      Assistant United States Attorney



IT IS SO ORDERED.

**Dated:   March 7, 2012**              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE