# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 3418 s. MARKS AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 328-111-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | CASE NO. 1:12-cv-00298-AWI-SMS<br><br>**ORDER REQUESTING CLAIMANT'S SUPPLEMENTAL DECLARATION**<br><br>(Doc. 10) |

In this civil action, the United States seeks forfeiture of the defendant property pursuant to 21 U.S.C. § 881(a)(7), contending that it was used or intended to be used, in any manner or part, to commit or facilitate the commission of a violation of 21 U.S.C. § 841 *et seq.* Chan Eagle, the record owner of the defendant property, filed a verified claim in opposition to forfeiture on May 17, 2012. As part of her claim, Ms. Eagle requested appointment of counsel to represent her in this forfeiture action pursuant to 18 U.S.C. § 983(b).

Although 18 U.S.C. § 983(b) provides that the Court must appoint an attorney on behalf of an impecunious claimant contesting a civil forfeiture action against his or her primary residence, the claimant must be "financially unable to obtain representation by counsel." Plaintiff's verified claim of opposition neither alleges such financial inability nor provides

///

1

1  factual information from which the Court may determine financial inability to secure
2  representation.
3      Accordingly, Plaintiff is directed to submit, on or before June 8, 2012, evidence of her
4  financial inability to retain counsel, by (1) submitting her sworn statement that she is or was
5  represented by appointed counsel in the criminal proceedings underlying this civil forfeiture
6  action or that she was not a defendant in the underlying civil forfeiture action; and by (2)
7  submitting a completed Financial Affidavit (Form CJA 23).
8      The Clerk of Court is directed to mail a copy of this order and Form CJA 23 to Ms.
9  Eagle, 3418 S. Marks Avenue, Fresno, CA 93706.

11 IT IS SO ORDERED.

12 **Dated:   May 30, 2012**                          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE