1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  1:12-CV-00298-AWI-SMS
                                       )
12                 Plaintiff,          )  **REQUEST TO CONTINUE**
                                       )  **SCHEDULING CONFERENCE**
13         v.                          )
                                       )  **ORDER**
14  REAL PROPERTY LOCATED AT 3418      )  **(DOC. 17)**
    S. MARKS AVENUE, FRESNO,           )
15  FRESNO COUNTY CALIFORNIA,          )
    APN:328-111-06, INCLUDING ALL      )
16  APPURTENANCES AND                  )
    IMPROVEMENTS THERETO,              )
17                                     )
                   Defendant.          )
18  _____)

19         The United States, through its undersigned attorney, requests as follows:

20         1.     The United States requests that the Scheduling Conference presently set for

21  June 19, 2012, be continued for at least 30 days to allow Claimant to complete her

22  application for court-appointed counsel and to further allow this Court to make a finding on

23  Claimant's application.

24         2.     Additionally, Claimant's deadline to file her answer expired on June 7, 2012,

25  and no answer has been filed by Claimant.

26         3.     The United States requests that the Scheduling Conference be reset for July

27  24, 2012 at 10:30 a.m. before Honorable Magistrate Judge Sandra M. Snyder.

28  //

1  Dated:  June 12, 2012                           Respectfully submitted,

2                                                   BENJAMIN B. WAGNER
                                                    United States Attorney
3

4

5                                                    /s/ Heather Mardel Jones
                                                    HEATHER MARDEL JONES
6                                                   Assistant United States Attorney

7

8                                   **ORDER**

9        Good cause having been shown and based on this request,

10        IT IS HEREBY ORDERED that the Scheduling Conference is continued from June

11  19, 2012 at 10:30 a.m. before Judge Snyder to July 24, 2012 at 10:30 a.m. before Judge

12  Snyder.  A [Joint] Scheduling Report (Doc. 4), if applicable, shall be filed by July 17, 2012.

13

14
    IT IS SO ORDERED.
15

16       Dated:  __**June 12, 2012**__              _____**/s/ Sandra M. Snyder**_____
                                                    UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28