BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-CV-00298-AWI-SMS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DEADLINE TO COMPLETE NON-EXPERT DEPOSITIONS; ORDER THEREON |
| REAL PROPERTY LOCATED AT 3418 S. MARKS AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 328-111-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America and claimant Chan Eagle ("Eagle") by and through their undersigned attorneys, hereby stipulate that:

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. The discovery deadline for non-expert discovery is currently set for September 6, 2013;

3. The parties have served non-expert deposition notices on one another, and due to the parties' schedules, non-expert depositions cannot be completed until October 25, 2013;

    4.    The deadline to complete non-expert depositions, with the Court's approval, be continued to October 25, 2013;

    5.    The September 6, 2013 discovery deadline for non-expert discovery shall remain in effect and continue to be the deadline for all other non-expert discovery (other than non-expert depositions), including written discovery;

    6.    All other deadlines set forth in the Court's Scheduling Conference Order shall remain in effect; and

    7.    The Hon. Sandra M. Snyder, United States Magistrate Judge, shall retain jurisdiction to handle disputes concerning or arising out of non-expert depositions through October 25, 2013.

Dated: September 6, 2013

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: September 6, 2013

/s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Claimant
(Original signature retained by attorney)

**ORDER**

**IT IS SO ORDERED.**

Dated: 9/11/2013

/s/ SANDRA M. SNYDER
United States Magistrate Judge