BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 3418 S. MARKS AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 328-111-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 1:12-CV-00298-AWI-SMS<br><br>STIPULATION TO CONTINUE DEADLINE TO COMPLETE NON-EXPERT DEPOSITIONS;  ORDER THEREON |

The United States of America and claimant Chan Eagle ("Eagle") by and through their undersigned attorneys, hereby stipulate that:

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. The discovery deadline for non-expert discovery is currently set for September 6, 2013;

3. The parties have served non-expert deposition notices on one another, and due to the parties' schedules, non-expert depositions cannot be completed until October 25, 2013;

1

4	The deadline to complete non-expert depositions, with the Court's approval, be continued to October 25, 2013;

5.	The September 6, 2013 discovery deadline for non-expert discovery shall remain in effect and continue to be the deadline for all other non-expert discovery (other than non-expert depositions), including written discovery;

6.	All other deadlines set forth in the Court's Scheduling Conference Order shall remain in effect; and

7.	The Hon. Sandra M. Snyder, United States Magistrate Judge, shall retain jurisdiction to handle disputes concerning or arising out of non-expert depositions through October 25, 2013.

Dated:  September 6, 2013						BENJAMIN B. WAGNER
								United States Attorney

							By	/s/ Jeffrey A. Spivak
								JEFFREY A. SPIVAK
								Assistant U.S. Attorney

Dated:  September 6, 2013						/s/ Roger S. Bonakdar
								ROGER S. BONAKDAR
								Attorney for Claimant
								(Original signature retained by attorney)

## ORDER

**IT IS SO ORDERED.**

Dated:  9/11/2013							/s/ SANDRA M. SNYDER
								United States Magistrate Judge