BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700 Telephone
(916) 554-2900  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>REAL PROPERTY LOCATED AT 3418 S. MARKS AVENUE, FRESNO, FRESNO COUNTY CALIFORNIA, APN:328-111-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>                    Defendant. | 1:12-CV-00298-AWI-SMS<br><br>**STIPULATED REQUEST TO CONTINUE REVIEW CONFERENCE AND ORDER THEREON** |

The United States and Claimant Chan Eagle, through their undersigned attorneys, request as follows:

1. The parties request that the Review Conference presently set for April 9, 2014, be continued to May 7, 2014, at 2:00 p.m. to continue informal settlement discussions.

2. The motions to strike Claimant's claim and answer and default, and

///

///

///

///

///

Stipulated Request to Continue Scheduling Conference and Order Thereon   1

Claimant's motion for relief remain stayed.

Respectfully submitted,

Dated: April 4, 2014    BENJAMIN B. WAGNER
United States Attorney


 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney


Dated: April 4, 2014     /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Claimant Chan Eagle
(Original signature retained by attorney)

## ORDER

Good cause having been shown and based on this request, IT IS HEREBY ORDERED that the current Review Conference date is vacated in favor of May 7, 2014, at 2:00 p.m. before Honorable Magistrate Judge Sandra M. Snyder.

Dated: 4/4/2014     /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE